Same memorandum as in *People v Rodriguez* (17 AD3d 1127 [2005]). Present—Green, J.P., Hurlbutt, Martoche, Lawton and Hayes, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MOISES RODRIGUEZ, Appellant. (Appeal No. 3.) [793 NYS2d 809]— Appeal from a judgment of the Erie County Court (Timothy J. Drury, J.), rendered January 8, 2003. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Rodriguez* (17 AD3d 1127 [2005]). Present—Green, J.P., Hurlbutt, Martoche, Lawton and Hayes, JJ.